UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: SUBPOENA
N-18-2-137(5) #704

Case No. 3:18MJ01743(SALM)

**Filed Under Seal**

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google LLC, an electronic communications service provider and/or a remote computing service, not to notify any person (including the subscribers or customers of the account(s) listed in the subpoena) of the existence of Subpoena N-18-2-137(5), #704 until October 30, 2020.

The Court determines that there is reason to believe that notification of the existence of the subpoena will seriously jeopardize the investigation, including by giving targets opportunity to flee, destroy or tamper with evidence, including electronically stored evidence, change patterns of behavior, or notify confederates. *See* 18 U.S.C. § 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED pursuant to 18 U.S.C. § 2705(b) that Google LLC shall not disclose the existence of the subpoena, or this Order of the Court, to the listed subscriber or to any other person, through and including October 30, 2020, except that Google LLC may disclose the subpoena to an attorney for Google LLC for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until October 30, 2020 unless otherwise ordered by the Court. Sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. Specifically, the illegal activity is believed to be ongoing and the investigation is neither public nor known to the targets of the investigation. Disclosure of this pleading could jeopardize this ongoing investigation. Among

other things, disclosure would give the targets an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, or notify confederates.

Any motion to extend the deadlines in this Order must be filed by October 15, 2020. It is so ordered.

/s/ Sarah A. L. Merriam, USMJ
SARAH A. L. MERRIAM
UNITED STATES MAGISTRATE JUDGE