UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: GRAND JURY SUBPOENA            No. 3:18MJ01743(SALM)

**ORDER TO SEAL**

Based on the motion of the Government and for good cause shown, it is hereby ORDERED that, in accordance with Rule 57 of the Local Rules of Criminal Procedure, the following documents in this matter shall remain **SEALED** until **October 30, 2021**: Doc. #1, Doc. #3, Doc. #5; Doc. #8. Each of these listed documents is an application for a non-disclosure order, or for an extension of such an order. The Court finds that the sealing of these documents is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. Specifically, sealing is warranted because the investigation of the criminal activities described in the sealed documents is ongoing. Premature disclosure of the contents of the sealed documents could permit the targets to flee, tamper with evidence, or change their patters of behavior, and could frustrate this investigation by alerting targets of the investigation to the nature of the probe, the techniques employed, and the evidence developed to date.

The Court finds that sealing of the entire docket, and of the Court's non-disclosure orders and this sealing order, is <u>not</u> appropriate, because no confidential information is revealed in the Court's orders. Accordingly, this matter shall be unsealed, and only the documents listed above shall remain under seal.

Any motion to extend this sealing order, or any non-disclosure orders entered in this matter, shall be filed by **October 20, 2021**. It is so ordered this 26th day of October, 2020, at New Haven, Connecticut.

Sarah A. L. Merriam, U.S.M.J.
Digitally signed by Sarah A. L. Merriam, U.S.M.J.
Date: 2020.10.26 11:14:12 -04'00'

HON. SARAH A. L. MERRIAM
UNITED STATES MAGISTRATE JUDGE